AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

FILED
APR 22 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE FORSYTH ANDERSON
          Plaintiff (s),
V.
LES ZIEVE, TRUSTEE; ET AL
          Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:16-cv-1411

Notice is hereby given that, subject to approval by the court, **LAWRENCE FORSYTH ANDERSON** substitutes
(Party (s) Name)

**LAWRENCE FORSYTH ANDERSON**, State Bar No. **N/A** as counsel of record in
(Name of New Attorney)

place of **STEVEN J. BROOKES, (SBN: 104247)**.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Lawrence Forsyth Anderson, in pro per
    Address: 10638 Fairway Drive, Kelseyville, CA 95451
    Telephone: (707) 277-9041     Facsimile
    E-Mail (Optional): larryfanderson@yahoo.com

I consent to the above substitution.
Date: 4/18/2016
(Signature of Party (s))

I consent to being substituted.
Date: 4/18/2016
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 4/18/2016
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: June 16, 2016
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]